1  William S. O'Hare (#082562)
   wohare@swlaw.com
2  Gerda M. Roy (#130484)
   groy@swlaw.com
3  Elizabeth M. Weldon (#223452)
   eweldon@swlaw.com
4  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
5  Costa Mesa, CA 92626-7689
   Telephone: (714) 427-7000
6  Facsimile: (714) 427-7799

JS-6

7  Attorneys for Plaintiff
   The Prudential Insurance Company
8  of America and Plaintiff/Counterdefendant
   Prudential Real Estate Affiliates, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation; PRUDENTIAL REAL ESTATE AFFILIATES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ROGER HERMAN, an individual; THG FLORIDA, LLC, a Colorado limited liability company; MIAMI DADE REALTY II, INC., a Florida corporation, dba Prudential Teammates Real Estate; HECTOR RODRIGUEZ, an individual; THE HERMAN GROUP, LLC, a Colorado limited liability company; HAMPDEN/CHEYENNE LLC, a Colorado limited liability company; COLORADO SPRINGS THG, LLC, a Colorado limited liability company; LEETSDALE/LIFF, LLC, a Colorado limited liability company; ARAPAHOE/WADSWORTH LLC, a Colorado limited liability company; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. SACV09-432 JVS (MLGx)<br>Hon. James V. Selna, Ctrm. 10C<br><br>**Final Judgment Against Defendants and Counterclaimants**<br><br><br>Trial Date:     July 13, 2010<br>Pre-Trial Conf: June 28, 2010<br>Complaint Filed: April 8, 2009 |

11495277.3

[Proposed] Final Judgment Against
Defendants and Counterclaimants

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | THE HERMAN GROUP, LLC, a Colorado limited liability company; HAMPDEN/CHEYENNE LLC, a Colorado limited liability company; COLORADO SPRINGS THG, LLC, a Colorado limited liability company; LEETSDALE/ILIF, LLC, a Colorado limited liability company; ARAPAHOE/WADSWORTH LLC, a Colorado limited liability company,<br><br>          Counterclaimants,<br><br>vs.<br><br>PRUDENTIAL REAL ESTATE AFFILIATES, INC., a Delaware corporation,<br><br>          Counterdefendant. |

13   WHEREAS plaintiffs The Prudential Insurance Company of America ("Prudential Insurance") and Prudential Real Estate Affiliates, Inc. ("PREA") (Prudential Insurance and PREA together are referred to as "Prudential" or "Plaintiffs") and defendants Roger Herman ("Herman"), The Herman Group, LLC ("THG"), THG Florida, LLC ("THG Florida"), Hampden/Cheyenne, LLC ("Hampden"), Colorado Springs THG, LLC ("CSTHG"), Leetsdale/ Lliff, LLC ("Leetsdale"), Arapahoe/Wadsworth LLC ("Arapahoe") (Herman, THG, THG Florida, Hampden, CSTHG, Leetsdale, and Arapahoe together are referred to as the " "Herman Defendants"), Miami Dade Realty II, Inc. ("Miami Dade"), and Hector Rodriguez  ("Rodriguez") (Miami Dade and Rodriguez together are referred to as the "Rodriguez Defendants")(the Herman Defendants and the Rodriguez Defendants all together are referred to as "Defendants") entered into a Stipulation for Entry of Final Judgment Against the Herman Defendants in Favor of Plaintiffs The Prudential Insurance Company of America and Prudential Real Estate Affiliates, Inc. ("Stipulation");

11495277.3

- 2 -

[Proposed] Final Judgment Against Defendants and Counterclaimants
Case No. SACV09-432 JVS (ANx)

WHEREAS, pursuant to the Stipulation, Plaintiffs and Defendants waived any appealability of the judgment that the Court shall enter pursuant to the Stipulation and agreed that any such judgment will be immediately enforceable upon entry by the Court;

WHEREAS there is no just reason for delay as Defendants have stipulated to the entry of this final judgment;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1. pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Counterclaim filed on June 4, 2009, by Herman, THG, Hampden, CSTHG, Arapahoe, and Leetsdale ("Counterclaimants") is dismissed with prejudice;

2. pursuant to Rules 54(b) and 58 of the Federal Rules of Civil Procedure, PREA is hereby awarded judgment on the Complaint filed on April 8, 2009, for the total sum of $1,750,000.00 of which $1,650,000 thereof will be solely against the Herman Defendants jointly and severally and the remaining $100,000 thereof shall be jointly and severally against the Herman Defendants and the Rodriguez Defendants.  Interest shall accrue at the rate of 8 % per annum on the principal amount of this judgment from and after May 1, 2010, until the judgment is paid in full.

3. Plaintiffs and Defendants shall bear their own attorneys' fees and costs incurred in this action to date.

IT IS SO ORDERED.

Dated:  May 25, 2010_____    _____
                                                                    Honorable James V. Selna
                                                                    United States District Judge

Submitted by:

Dated: May ___, 2010                    SNELL & WILMER L.L.P.


By: _____
    William S. O'Hare
    Gerda M. Roy
    Elizabeth M. Weldon
    Attorneys for Plaintiff
    The Prudential Insurance Company
    of America and
    Plaintiff/Counterdefendant Prudential
    Real Estate Affiliates, Inc.

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

11495277.3

- 4 -

[Proposed] Final Judgment Against
Defendants and Counterclaimants
Case No. SACV09-432 JVS (ANx)